# United States Bankruptcy Court
## Southern District of Ohio

In re  **Dina M. Kiehborth**                                                                                          Case No.  **2:10-bk-58760**
                                           Debtor(s)                                                                           Chapter  **13**

## Notice of Change of Address of Joint Debtor

Debtor's Social Security Number:

Joint Debtor's Social Security Number:  **xxx-xx-4300**

**My (Our) Former Mailing Address and Telephone Number was:**

Name:  **Dina M. Kiehborth**

Street:  **13473 King Road**

City, State and Zip:  **Thornville, OH 43076**

Telephone #:

**Please be advised that effective   June 23   , 20  15  ,
my (our) new mailing address and telephone number is:**

Name:  **Dina M. Kiehborth**

Street:  **142 Ellwood Avenue**

City, State and Zip:  **Lancaster, Ohio 43130**

Telephone #:

/s/ Dina M. Kiehborth
**Dina M. Kiehborth**
Joint Debtor